**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CARLOS ROBERTO HERNANDEZ,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE, and U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-cv-7606** |

**ORDER**

**AND NOW**, this 9th day of October, 2026, upon consideration of Petitioner Carlos Roberto Hernandez's Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition thereto (ECF No. 4), **IT IS HEREBY ORDERED** that:

1. The Petition is **GRANTED**;

2. The Government shall **RELEASE** Carlos Roberto Hernandez from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **12:00 PM ET** on **October 10, 2026**;

3. Carlos Roberto Hernandez remains obligated to timely appear for his scheduled bond hearing, and nothing in today's Order addresses the Immigration Court's review of arguments during the imminent bond hearing;

4. The Government is temporarily enjoined from re-detaining Carlos Roberto Hernandez until no earlier than **October 23, 2026**, and should Respondents choose to pursue re-detention under section 1226(a), they must first provide Carlos Roberto Hernandez with a bond hearing at which a neutral immigration judge will determine whether detention is warranted pending resolution of those removal proceedings; and

5. Pending the ordered bond hearing, the Government **SHALL NOT** remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania. If the Immigration Judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission of the Court to move him. If unforeseen or emergency circumstances arise that require Petitioner to be removed, any such request must include an explanation for the request as well as a proposed destination.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**